# United States District Court
## Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | F07U0001 | Rosales, Eddy | 2515 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☐ STATE CODE |
|---|---|
| 12/11/2022 22:45 | FED 36 CFR 261.9A |

**Place of Offense:** FOREST ROAD 538B/ 538

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
(A) DAMAGING ANY NATURAL FEATURE OR OTHER PROPERTY OF THE UNITED STATES. CUTTING LOCKS AND CHAIN ON CLOSED GATES ON FOREST ROAD 538B/ 538

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GREEN | JONATHAN | L |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MESA | AZ | 85207 | '1982 |

| CDL ☐ | D.L. State | Social Security No. |
|---|---|---|
|  | AZ | 7679 |

| ☒ Adult ☐ Juvenile | Sex ☒ M ☐ F | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|
|  |  | Brown | Brown | 6' 3" | 200 |

### VEHICLE    VIN:                                        CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | 2019 | FORD/F250 |  | WHITE |

**APPEARANCE IS REQUIRED**  |  **APPEARANCE IS OPTIONAL**

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

| | |
|---|---|
| Forfeiture Amount | |
| $ 30.00 | Processing Fee |
| **PAY THIS AMOUNT AT** www.cvb.uscourts.gov | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 N San Fransisco St. Flagstaff, AZ 86001 | 04/04/2023 |
|  | Time (hh:mm) |
|  | 09:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/11/2022 while exercising my duties as a law enforcement officer in the _____ District of AZ

I state than on February 13, 2023, while exercising my duties as a Law Enforcement Officer in the District of Arizona I, USDA Forest Service (FS) Law Enforcement Officer (LEO) Rosales, was on duty wearing authorized uniform within the jurisdiction of the Coconino National Forest. At approximately 0904 hours, FS LEO Roper and I received a report from a FS employee about a closed gate on Forest Road (FR) 538B having the locked cut off.

The gates on FR 538B/ 538, also known as Casner Mountain road are closed during the winter to prevent road damaged cause by vehicles and heavy traffic and are only open for Off highway Vehicles (OHV) that are 62" or less in length or to vehicles with a free permit. Near the gates the FS employee had set a trail cam that pointed to the gates to ensure that the vehicles that are accessing the gate were the proper permit holders or that fit the 62" or less size.

At approximately 1606 hours on 12/11/22 a white Ford truck is captured by the trail camera in front of the closed gate, the trail cam then captures another photo of the same truck bearing license plate AZ _____ driving through the open gate at approximately 1610 hours. At approximately 2244 hours a trail cam located at a different gate along the same road, a male is captured approaching the gate. A series of pictures are captured from 2245-2248 hours of the male with bolt cutters cutting the gates chain. The trail cam captures the same white Ford truck going through the gate along with the male returning to close the gate.

The Registered Owner (RO) of the truck came back to Jonathan GREEN. Additionally, the physical descriptions of GREEN's drivers license matched the physical appearance of the male in the pictures captured from the trail cam. I obtain a number by running through a local database which was his daughters, I asked if I could have GREEN's number which she gave. I called twice with no answer from GREEN. After 2 days passed, I called GREEN again leaving my email contact information along with the Red Rock Visitor Center phone number and to contact me, with no responses via email or calls.

I issued GREEN a violation notice for a violation of 36 CFR 261.9(a), Damaging any natural feature or other property of the United States. Cutting locks and chain on closed gates on Forest Road 538B/ 538.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/11/2022       E Rob
             Date (mm/dd/yyyy)   Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on:  **Camille D Bibles**   Digitally signed by Camille D Bibles
             Date (mm/dd/yyyy)   Date: 2023.03.06 14:13:22 -07'00'
                                  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

---

23-04066-MJ-01-PCT-CDB