# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Jonathan Lee Green
Defendant

Case No.: 23-04066-MJ-001-PCT-CDB

**DETERMINATION OF RELEASE CONDITIONS AND RELEASE ORDER**

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

APR 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IT IS ORDERED the defendant be released subject to the following conditions:

## CONDITIONS OF RELEASE

Defendant shall appear as indicated:

**DATE:** Wednesday, May 24, 2023   **TIME:** 10:15 a.m.   **LOCATION:** Flagstaff, Arizona
For: ☐ Initial Appearance ☐ Preliminary Hearing ☒ Status Hearing ☐ Trial

During the pendency of this case defendant will:
1) Defendant shall appear to answer and submit himself to all further orders and processes of the Court having jurisdiction in this case.
(2) Defendant shall not commit any federal, state or local criminal offense.
(3) Defendant shall notify the Court of any change of address or telephone number and not leave the United States without permission of the Court.
(4) Defendant shall promise to appear at all proceedings as required and to surrender for service of any sentence imposed.
(5) Defendant shall not consume or possess excessive alcohol or illegal drugs (The use or possession of marijuana, even with a physician's certification, is not permitted.)
(6) Defendant shall be banned from Coconino, Kaibab, Prescott, and Apache-Sitgreaves National Forests, except for traveling through any state, local and/or federal highways and/or roads.
(7) Defendant shall contact him attorney weekly by 12:00 PM on Friday.

## OTHER CONDITIONS OF RELEASE

☐ Defendant will execute an appearance bond approved by the Court, or as specified in General Order 14-16, in the total amount of _____, payable by certified check or money order only.

☐ Defendant, in order to obtain sobriety, shall remain in the custody of the arresting agency or a pretrial detention facility for 12 hours from the time of arrest. ARREST TIME: _____

☐ If defendant desires to reach a pre-court hearing resolution of this matter, contact _____ on _____ for a pretrial conference.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions or release, to appear as directed, and to surrender for service of any sentence imposed. I am aware that a failure to follow my conditions of release may result in my release being revoked, a finding of contempt of court, prosecution for committing a crime on release or prosecution for failure to appear, resulting in additional fines or incarceration.

4/4/2023
Date

_____
Signature of Defendant

4/4/23
Date

_____
Signature of Witness

4/4/23
Date

CAMILLE D BIBLES, United States Magistrate Judge